**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02189-BNB

JAMES P. WYLIE,

    Plaintiff,

v.

TONY CAROCHI, CDOC Interim Executive Director, and
JAMES FALK, SCF Warden,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On September 25, 2013, Plaintiff filed a Motion for Reconsideration of Order to Dismiss My Action and Time Extension of Ninety Days, ECF No. 7, requesting an extension of time to file an Amended Complaint. The Court grants Plaintiff a thirty-day extension of time from the date of this Minute Order to comply with the Court's August 19, 2013 Order to amend his Complaint. The issues are not complex and research is not required to state how each named defendant personally participated in the alleged constitutional violations. If Plaintiff fails to comply within the time allowed the Court will dismiss the action without further notice. No further extensions of time will be granted without just cause.

Dated: September 26, 2013