IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02189-LTB-BNB

JAMES P. WYLIE,

Plaintiff,

v.

TONY CAROCHI, CDOC Interim Executive Director, and
JAMES FALK, SCF Warden,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Recunsetter** [sic] **Court's Minute Order Dated Jan 8th, '14** [docket no. 24, filed February 7, 2014] (the "Motion").

IT IS ORDERED that the Motion is DENIED AS MOOT.

DATED:  March 17, 2014