IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02189-LTB-BNB

JAMES P. WYLIE,

Plaintiff,

v.

TONY CAROCHI, CDOC Interim Executive Director, and
JAMES FALK, SCF Warden,

Defendants.

_____

**ORDER**

_____

This matter is before me on the following motions filed by the plaintiff on March 19,

2014 (the "Motions"):

> (1) **Motion for Evidentiary Hearing** [Doc. #35];
>
> (2) **Motion to Subpoena CDOC's Records** [Doc. #36];
>
> (3) **Motion to Subpoena CDOC's M/H Records** [Doc. #37]; and
>
> (4) **Motion to Subpoena CDOC's Staff** [Doc. #38].

The plaintiff is incarcerated by the Colorado Department of Corrections.  He filed an

Amended Prisoner Complaint on October 7, 2013 [Doc. #9].  The defendants filed a motion to

dismiss on January 6, 2014 [Doc. #20].  On January 8, 2014, I issued a Minute Order [Doc. #23]

directing the plaintiff to respond to the Motion to Dismiss on or before February 7, 2014.  On

February 7, 2014, the plaintiff filed a motion to reconsider the Minute Order [Doc. #24].  He

stated that he was unable to respond to the motion to dismiss because he suffered from

disabilities; requested accommodations for his disabilities so that he could draft a response; and

sought an extension of time to respond.  His motion to reconsider notwithstanding, the plaintiff

responded to the motion to dismiss on February 26, 2014 [Doc. #30].  As a result, I denied as

moot the motion to reconsider [Doc. #34].  The defendants filed a response to the motion to

reconsider on February 27, 2014 [Doc. #31].

      The plaintiff now requests an evidentiary hearing on the defendants' response.  He also

requests that the court issue several subpoenas for documents and witnesses for the evidentiary

hearing.  All of this has been rendered moot by the plaintiff's response to the motion to dismiss.

      IT IS ORDERED that the Motions [Doc. ## 35, 36, 37, and 38] are DENIED.

      Dated April 1, 2014.

BY THE COURT:

 s/ Boyd N. Boland          
United States Magistrate Judge