IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02189-LTB-BNB

JAMES P. WYLIE,

    Plaintiff,

v.

TONY CAROCHI, CDOC Interim Executive Director, and
JAMES FALK, SCF Warden,

    Defendants.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Lewis T. Babcock on June 30, 2014, incorporated herein by reference, it is

ORDERED that the Magistrate Judge's thorough analysis and recommendation is CORRECT.  It is

FURTHER ORDERED that Defendants' Motion to Dismiss is GRANTED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendants, Tony Carochi and James Falk and against Plaintiff, James P. Wylie.  It is

FURTHER ORDERED that each party shall bear its own costs and attorney's fees.  It is

FURTHER ORDERED that Plaintiff's Amended Prisoner Complaint and this civil action are DISMISSED.

2

DATED at Denver, Colorado this  30th  day of June, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


By: s/E. Seamon
E. Seamon, Deputy Clerk